No. 964.   HELVERING, COMMISSIONER OF INTERNAL REVENUE, *v.* WIESE.

June 4, 1934.  *Per Curiam:* Petition for writ of certiorari granted.  Judgment reversed on authority of *Helvering* v. *Newport Company,* 291 U.S. 485.  *Solicitor General Biggs* for petitioner.  No appearance for respondent.